IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

LISA B.,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:24-00571

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

**MEMORANDUM OPINION AND ORDER**

    By Standing Order, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Tinsley submitted to the court his Proposed Findings and Recommendation ("PF&R") on November 6, 2025, in which he recommended that the court deny plaintiff's request to reverse the Commissioner's decision; grant defendant's request to affirm the Commissioner's decision; affirm the final decision of the Commissioner; and dismiss this case from the court's docket.

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Tinsley's Proposed Findings and Recommendation.  The failure of any party to file such objections within the time allowed constitutes a

waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the required time period. Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge Tinsley as follows:

1. Plaintiff's request to reverse the Commissioner's decision is **DENIED**;

2. Defendant's request to affirm the Commissioner's decision is **GRANTED**;

3. The final decision of the Commissioner is **AFFIRMED**; and

4. This matter is **DISMISSED** from the court's docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 18th of December, 2025.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge